Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Peter Santanello
205 Winesap Way
Glassboro, NJ 08028

RECEIVED

JUL 16 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

VS

Donald Trump
James Davis Vance

GRIEVANCE

In accordance with my first amendment right to petition this government for a redress of my grievance, I state the following;

On January 6th, 2021 Donald Trump engaged in an insurrection.

Since January 6th 2021, Donald Trump and JD Vance have given aid and comfort to the insurrectionists. Most recently he has pardoned those that pleaded guilty or were found guilty of insurrection.

The 14th amendment forbids the defendants from holding their respective offices. Therefore, I demand that Donald Trump and James Davis Vance be declared illegitimate holders of their office and removed therefrom.

I have standing to sue because allowing an unqualified, deranged, vindictive, illegitimate person to sit as President is causing me great distress and damage to my personal well-being.

I request a preliminary injunction, to precent Trump from exercising presidential powers so as to prevent irreparable damages.

Ineligibility to serve as President existed prior to the last election. Therefore, Kamala Harris, in the eyes of the law, ran unopposed and in the legitimate President.

Please refund my filing cost.

Signed,

Peter Santanello